No. —, original. Ex parte Rubin. October 8, 1934. The motion for leave to file a petition for writ of habeas corpus is denied. *Mr. Lloyd Rubin, pro se.*

No. —, original. Ex parte Morgan. October 8, 1934. The motion for leave to file a petition for writ of habeas corpus is denied without prejudice to appropriate application to the proper District Court of the United States or Judge. *Mr. Harlan O. Morgan, pro se.*

No. —, original. Ex parte Mitchell. October 8, 1934. The motion for leave to file a petition for writ of habeas corpus is denied without prejudice to appropriate application to the proper District Court of the United States or Judge. *Mr. Harry Mitchell, pro se.*

No. —, original. Ex parte Grubbs. October 8, 1934. The motion for leave to file petition for writ of mandamus herein is denied. *Ex parte United States,* 287 U. S. 241, 248. The motion for leave to proceed *in forma pauperis* herein is also denied. *Mr. Millard D. Grubbs, pro se.*

No. —, original. Ex parte Everglades Drainage District et al. October 8, 1934. The motion for leave to file petition for writ of mandamus is denied. *Mr. Herbert S. Sawyer* for the motion.